CR 22-194 SRN/ECW

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
|  | 18 U.S.C. § 921(a)(17)(A) |
| v. | 18 U.S.C. § 924(a)(2) |
|  | 18 U.S.C. § 924(d)(1) |
| DANIEL JAMES HART, JR., | 28 U.S.C. § 2461(c) |
| A/K/A "Dula," |  |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of Ammunition)

On or about June 9, 2022, in the State and District of Minnesota, the defendant,

**DANIEL JAMES HART, JR.,**
a/k/a "Dula,"

having been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Crime | Date of Conviction (on or about) | Place of Conviction |
|---|---|---|
| First Degree Aggravated Robbery and Second Degree Assault with a Dangerous Weapon | 12/9/2016 | Hennepin County, MN |
| Aiding an Offender – Accomplice After the Fact | 12/9/2016 | Hennepin County, MN |

and knowing he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce, ammunition, as defined by Title 18, United States Code,



SCANNED
AUG 17 2022
U.S. DISTRICT COURT MPLS

cartridge casing, one 9mm Remington – Peters (R – P) cartridge casing, and one 9mm Sig Sauer cartridge casing, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in, connected with, or used in the commission of such Count, including but not limited to one 9mm Companhia Brasileira de Cartuchos (CBC) S.A. cartridge casing, one 9mm Remington – Peters (R – P) cartridge casing, and one 9mm Sig Sauer cartridge casing and any firearms and accessories seized therewith.

A TRUE BILL

_____         _____
UNITED STATES ATTORNEY                              FOREPERSON