UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-CR-194(SRN/ECW)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL JAMES HART,

    Defendant.

**NOTICE OF ADDING AN ATTORNEY**

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA's</u>

Tom Calhoun-Lopez

Samantha Bates

Dated: September 29, 2022

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*s/ Samantha Bates*

BY: SAMANTHA H. BATES
Assistant United States Attorney
Attorney ID No. 395002