UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.  CR 22-194 (SRN/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v.        Plaintiff, | ) | **ORDER TO CONTINUE** |
| | ) | **TRIAL AND EXCLUDE TIME UNDER** |
| DANIEL JAMES HART, JR., | ) | **THE SPEEDY TRIAL ACT** |
| | ) | |
| Defendant. | ) | |

Justin Wesley and Samantha Bates, Assistant United States Attorneys, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for the Government.

Andrew M. Irlbeck, Andrew Irlbeck, Lawyer, Chartered, 332 Minnesota St.. Suite W1610, St. Paul, MN 55101, counsel for Defendant.

This matter is before the Court upon Defendant's motion to continue trial and exclude time under the speedy trial act [Doc. No. 35]. In his motion and supporting Statement of Facts, Defendant Hart asks for additional time to properly prepare for trial [Doc. No. 36].

Because the ends of justice served by a continuance outweigh the public's interest in a speedy trial, as contemplated by 18 U.S.C. § 3161(h)(7)(A), it is hereby ordered that the trial in the above-captioned case is continued until January 9, 2023.  A Trial Notice and Final Pretrial Order will be issued separately.

In addition, IT IS HEREBY ORDERED that period of time – from the date of this Order through January 9, 2023 – shall be excluded from the Speedy Trial Act computations in this case.

Dated: September 29, 2022                    s/Susan Richard Nelson
                                                                                                           SUSAN RICHARD NELSON
                                                                                                            United States District Judge