UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.   CR 22-194 (SRN/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v.           Plaintiff, | ) | **ORDER TO CONTINUE** |
| | ) | **TRIAL AND EXCLUDE TIME UNDER** |
| DANIEL JAMES HART, JR., | ) | **THE SPEEDY TRIAL ACT** |
| | ) | |
| Defendant. | ) | |

Thomas Calhoun-Lopez and Samantha Bates, Assistant United States Attorneys, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for the Government.

Andrew M. Irlbeck, Andrew Irlbeck, Lawyer, Chartered, 332 Minnesota St., Suite W1610, St. Paul, MN 55101, counsel for Defendant.

This matter is before the Court upon Defendant's motion to continue trial and exclude time under the Speedy Trial Act [Doc. No. 46]. In his motion and supporting Statement of Facts, Defendant Hart asks that the trial be continued for 90 days from the current trial date, to allow him to receive additional information necessary for him to fully evaluate the government's plea offer. [Id.]. The Government does not oppose the motion.

Accordingly, because the ends of justice served by a continuance outweigh the public's interest in a speedy trial, as contemplated by 18 U.S.C. § 3161(h)(7)(A), IT IS HEREBY ORDERED that the trial in the above-captioned case is continued until April 24, 2023.  A Trial Notice and Final Pretrial Order will be issued separately.

IT IS FURTHER ORDERED that period the of time from the date of this Order through April 24, 2023 shall be excluded from the Speedy Trial Act computations in this case.

Dated: November 30, 2022        <u>s/Susan Richard Nelson</u>
                                SUSAN RICHARD NELSON
                                United States District Judge